An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TYANNA K. POLLARD,
Appellant,
vs.
FLAGSTAR BANK, FSB; AND PLM
LENDER SERVICES, INC.,
Respondents.

No. 61250

**FILED**

OCT 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order granting a petition for judicial review in a Foreclosure Mediation Program (FMP) matter. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

Respondent Flagstar Bank, FSB, failed to attend a scheduled mediation with appellant, after which appellant filed a petition for judicial review. The district court granted appellant's petition, awarded sanctions, and ordered the parties to attend a second mediation. Appellant then appealed from this order, contending that the sanctions awarded were inadequate.

In light of this court's opinion in *Wells Fargo Bank, N.A. v. O'Brien*, 129 Nev. ___, ___ P.3d ___ (Nev. Adv. Op. 71, October 3, 2013), we conclude that we lack jurisdiction over this appeal. Namely, because the district court directed the parties to participate in a second mediation, at which the merits of the foreclosure matter will be readdressed, the

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30532

appealed-from order is not a final, appealable judgment. *Id.* (citing NRAP 3A(b)(1)). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Chief Judge, The Eighth Judicial District Court
     Hon. J. Charles Thompson, Senior Judge
     Tyanna K. Pollard
     Howard & Howard
     Brooks Bauer LLP
     Eighth District Court Clerk

---

[1]In light of our resolution of this appeal, we need not address respondent PLM Lender Services, Inc.'s March 15, 2013, "Explanation of Presumed Docketing Error" in which it requests dismissal from this matter as an improper party.